IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

LEROY HICKS, JR.,

    Plaintiff,

v.                                                            Civil Action Number: 2:11-cv-347

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

## ORDER

AND NOW upon consideration of the parties' Stipulation for Dismissal, it is hereby ORDERED that the Stipulation is GRANTED.  All claims asserted in this suit between Plaintiff Leroy Hicks, Jr. and Defendant Union Pacific Railroad Company are hereby dismissed with prejudice.  Each party shall bear his or its own attorneys' fees and court costs.

**So ORDERED and SIGNED this 24th day of September, 2012.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE